■ (A) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALFRED K. DAY, Appellant. (B) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL FERREIRA, Appellant. (C) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM H. GLOVER, Appellant.— [In each action] Motion by respondent to dismiss appeal granted; appeal dismissed. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CUTHBERT EASTMAN, Appellant.— On the court's own motion, the decision of the court handed down September 18, 1961 (14 A D 2d 695), is vacated and the following decision is made: Motion by appellant to dispense with printing on his appeal from an order dated September 7, 1961, granted. The appeal will be heard on the original papers and on appellant's typewritten brief, which shall include a copy of the opinion, if any, of the court below. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. The appellant's time to perfect the appeal is enlarged to the February 1962 Term; appeal ordered on the calendar for said term. Motion for assignment of counsel denied. The appeal is from an order denying, without a hearing, appellant's *coram nobis* application. Appellant, therefore, either has in his possession a copy of the original papers to be used in the consideration of this appeal, or has full knowledge of the contents of such papers. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WOODROW GREENE, Appellant.— Motion by appellant for assignment of counsel granted. Anthony F. Marra, Esq., 100 Centre St., New York 13, N. Y., is assigned as counsel to prosecute the appeal. Ughetta, Acting P. J., Christ, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HENRY HAWTHORNE, Appellant.— Motion by appellant to dispense with printing and for assignment of counsel, denied without prejudice to a similar application after an order has been entered on the decision of the County Court, Kings County, dated November 14, 1961, and after appellant shall have duly filed and served his notice of appeal from such order. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACK JAMES, Appellant.— Motion by appellant to vacate order dismissing appeal from order of the County Court, Queens County, dated March 8, 1960. Motion granted; order vacated; appellant's time to perfect appeal enlarged to the March Term, beginning February 26, 1962; appeal ordered on the calendar for said term. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES JENKINS, Appellant.— Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers (including the typed minutes) and on appellant's typewritten brief, which shall include a copy of the opinion, if any, of the court below. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. Appellant's time to perfect the appeal is enlarged to the April Term, beginning March 26, 1962; appeal ordered on the calendar for said term. Motion for assignment of counsel granted. Harry Blum, Esq., 286 Atlantic Ave., Brooklyn, N. Y., is assigned as counsel to prosecute the appeal. Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.